# SEALED

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698

2011 SEP 28  P 2: 53

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF, ) | |
| ) | 2:11-CR-331-PMP-CWH |
| vs ) | |
| SCOTT WEST, ) | |
| DEFENDANT. ) | |

### GOVERNMENT'S MOTION FOR AN ORDER TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, and moves this Court to Unseal the Indictment and all further proceedings together with the Motion and the Court's Order for the purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

The Government submits that it is necessary for said Indictment to be unsealed.

DATED this 28th day of September, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

PHILLIP N. SMITH, JR.
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | 2:11-CR-331-PMP-CWH |
| vs ) | |
| ) | |
| SCOTT WEST, ) | |
| ) | |
| DEFENDANT. ) | |

Based on Government's Motion for an Order Unsealing Indictment and good cause appearing, therefor

**IT IS HEREBY ORDERED** that the Indictment and all further proceedings be unsealed.

DATED this  3rd  day of October , 2011.

_____
UNITED STATES MAGISTRATE JUDGE

3