UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:11-cr-331-PMP-CWH |
| | ) | |
| SCOTT DAVID WEST, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

The court having granted Jason F. Carr's sealed "Motion to Withdraw the Federal Public Defender as Counsel" (#15) on October 31, 2011, and good cause appearing;

IT IS HEREBY ORDERED that Phillip Brown, Esq. is appointed as counsel for Scott David West in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Brown forthwith.

DATED  this 31st  day of October, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge