PHIL BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Unit #130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Thelasvegasdefender@gmail.com
Attorney for Defendant Scott West

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA          )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )
                                  )     **CASE NO.: 2:11-CR-331**
SCOTT WEST,                       )
                                  )
            Defendant.            )     **UNOPPOSED MOTION TO CONDUCT**
                                  )     **A PRE-PLEA PRESENTENCING**
                                  )     **INVESTIGATION REPORT AND**
                                  )     **PROPOSED ORDER**
_____    )

        Comes now, appointed counsel Phil Brown Esq., and hereby moves this Court request a

Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation department.

        1) It appears that defendant may be subject to the Armed Career Criminal act

Enhancement pursuant to 18 U.S.C. 922(g) and/or be a Career Offender under U.S.S.G section

4B1.1. Whether the defendant is subject to this enhancement will drastically impact his

sentencing exposure, negotiations, and client's decision as to how he should proceed. A pre-

/ / /

/ / /

/ / /

-1-

plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2) Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Phillip Smith regarding this request and he has no opposition.

DATED this 20th day of December, 2011.

/s/Phil Brown
PHIL BROWN,  ESQ.
200 HOOVER AVE, UNIT #130
LAS VEGAS, NEVADA 89101
ATTORNEY FOR THE DEFENDANT
SCOTT WEST

PHIL BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Unit 130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Thelasvegasdefender@gmail.com
Attorney for Defendant – Scott West

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| | ) **CASE NO.: 2:11-CR-331** |
| vs. | ) |
| | ) **ORDER** |
| SCOTT WEST, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Sentence Investigation Report on Defendant Scott West.

DATED this the ̲21st day of December, 2011.

_____
U.S. DISTRICT JUDGE

-3-

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of Brown Law Offices,

Chartered, and is a person of such age and discretion as to be competent to serve papers.

That on December 20, 2011, he served an electronic copy of the above and foregoing

UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING

INVESTIGATION REPORT by electronic service (ECF) to the person named below:


DANIEL BOGDON
United States Attorney

PHILLIP SMITH
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, NV 89101


/s/ Philip H. Brown
_____
Employee of Brown Law Offices, Chartered

-4-