**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00331-APG-CWH |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DEFER RULING** |
| SCOTT DAVID WEST, | (ECF No. 46) |
| Defendant. | |

IT IS ORDERED that defendant Scott David West's unopposed motion to defer ruling for 30 days **(ECF No. 46) is GRANTED**. Defendant Scott David West shall have until April 24, 2017 to file a supplement to his motion under 28 U.S.C. § 2255 addressing the decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). The United States may file a response ten days after it receives West's supplement.

DATED this 13th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE