# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT DAVID WEST,<br><br>Defendant. | Case No. 2:11-cr-00331-APG-CWH<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

Defendant Scott West's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) **(ECF No. 48) is granted**. I make no judgment whether a hypothetical future filing by Mr. West would constitute a successive petition. The clerk of the court is directed to close this file.

DATED this 28th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE