**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT DAVID WEST,<br><br>　　　　Defendant. | Case No. 2:11-cr-00331-APG-CWH<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR SCOTT DAVID WEST (ID # 01681920)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of SCOTT DAVID WEST before the United States District Court at Las Vegas, Nevada, on or about April 7, 2022, at the hour of 2:30 p.m., in Courtroom 3C, for initial appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:  March 28, 2022.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Melanee.Smith@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>SCOTT DAVID WEST,<br><br>           Defendant. | Case No. 2:11-cr-00331-APG-CWH<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR SCOTT DAVID WEST (ID # 01681920)** |

      The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce SCOTT DAVID WEST before the United States District Court on or about April 7, 2022, at the hour of 2:30 p.m., in Courtroom 3C, for initial appearance.

      SCOTT DAVID WEST is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

      On February 10, 2022, a Petition for Warrant for Offender under Supervision was filed in this District. On February 10, 2022, the Court granted the Petition for Warrant, issuing an Arrest Warrant for defendant.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce SCOTT DAVID WEST before this Court for the purpose of initial appearance and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Dated:  March 25, 2022

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Melanee Smith*
MELANEE SMITH
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA