RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Scott David West

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT DAVID WEST,<br><br>        Defendant. | Case No. 2:11-CR-00331-APG-CWH-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Scott David West, that the Revocation Hearing currently scheduled on April 19, 2022 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. West has two state cases pending, and defense counsel needs additional time to investigate these matters.

2. Additional investigation is necessary to determine whether a global resolution can be attained and/or attain a resolution in the instant matter.

3. Defense counsel requires additional time to meet with Mr. West to fully advise him of his rights.

4. Mr. West is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) though (iv).

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT DAVID WEST,<br><br>  Defendant. | Case No. 2:11-CR-00331-APG-CWH-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, April 19, 2022 at 4:00 p.m., be vacated and continued to May 25, 2022 at the hour of 9:00 a.m. in courtroom 6C; or to a time and date convenient to the court.

   DATED this 19th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE